**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT MACKE,**

                    **Plaintiff,**

**v.**                                          **Case No: 6:20-cv-787-ACC-DCI**

**HT AIRSYSTEMS OF FLORIDA, LLC.,**

                    **Defendant.**

_____

# ORDER

This cause is before the Court on the parties' Joint Motion for Settlement Approval and Motion to Dismiss the Case with Prejudice (Doc. 28) filed on December 18, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 29).

After an independent *de novo* review of the record in this matter and noting that the parties have filed a Notice of No Objection (Doc. 30), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 2, 2021 (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The parties' Agreement (Doc. 28-1) is a fair and reasonable settlement of Plaintiff's claims under the FLSA.

2.      The Joint Motion for Settlement Approval and Motion to Dismiss the

Case with Prejudice (Doc. 28) is hereby **GRANTED**.

3.      The Court declines to retain jurisdiction to enforce the settlement

agreement.

4.      The case is DISMISSED with prejudice.

5.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2021.


ANNE C. CONWAY
United States District Judge




Copies furnished to:

Counsel of Record
Unrepresented Parties